UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BRADSTREET and VALI EBERHARDT,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. C04-530Z<br><br>ORDER |

      The Court GRANTS Defendant's Motion to Dismiss for Lack of Jurisdiction Pursuant to I.R.C. § 7422(e), docket no. 16. Under 26 U.S.C. § 7422(e), a district court "shall lose jurisdiction of [a] taxpayer's suit" when the IRS mails a notice of deficiency for the same tax year in question prior to the hearing of the suit and the taxpayer files a petition with the Tax Court for redetermination of the asserted deficiency. 26 U.S.C. § 7422(e); see also Statland v. United States, 178 F.3d 465, 471 (7th Cir. 1999). A valid deficiency notice is a prerequisite to Tax Court jurisdiction. Scar v. Commissioner of Internal Revenue, 814 F.2d 1363, 1366 (9th Cir. 1987). "Before issuing a notice of deficiency . . . the Commissioner must make an actual determination of the taxpayer's liability." Kantor v. Commissioner of Internal Revenue, 998 F.2d 1514, 1521 (9th Cir. 1993).

ORDER 1–

1    The Court finds that the Plaintiffs have filed a petition for redetermination with the
2 United States Tax Court with respect to the same income tax year, 1999, at issue in this
3 refund suit.  <u>See</u> Amended Hankla Decl., docket no. 21, Exhibit.  After reviewing the Notice
4 of Deficiency and accompanying calculation statement, the Court finds that there is no
5 blatant error in the calculation statement which would suggest that the Commissioner had not
6 made a determination using the taxpayers' return for tax year 1999.  <u>See</u> Hankla Decl.,
7 docket no. 34, Exhibit.  The Court concludes that the deficiency notice was valid; therefore,
8 this Court lost jurisdiction in this case when Plaintiffs filed their petition for redetermination.
9 For these reasons, the Court DISMISSES this action for lack of subject matter jurisdiction.
10    IT IS SO ORDERED.
11    DATED this 16th day of May, 2005.

                                                    _____
                                                    Thomas S. Zilly
                                                    United States District Judge

ORDER   2–